# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>GIFFORD INDUSTRIES, INC.,<br><br>　　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C19-0258-JCC |

\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　The Court has FOUND and ORDERED as follows:

1. Defendant is liable to Plaintiffs for the following amounts, as set forth in the January 29, 2019 amended audit report:

    a. $72,958.91 in fringe benefit contributions for the period of January 1, 2016 through December 31, 2016;

    b. $8,755.08 in liquidated damages;

    c. $27,728.34 in accrued interest through the date of the audit report; and

    d. $3,272.50 in accounting/audit fees.

2. Plaintiffs are entitled to their reasonable attorney fees and costs under 29 U.S.C. §1132(g)(2). Plaintiffs shall submit their application for attorney fees and costs to the Court within 14 days of the date this order is issued.

//

//

DATED this 28th day of January 2020.

                                                        <u>WILLIAM M. MCCOOL</u>
                                                        Clerk of Court

                                                        <u>/s/ *Tomas Hernandez*</u>
                                                        Deputy Clerk